IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

---

CASE NO. 16-1292

---

JAYMEE BARRINGTON,

        Plaintiff-Appellant,

v.

UNITED AIRLINES, INC.,

        Defendant-Appellee.

---

Appeal from the United States District Court
for the District of Colorado
The Honorable Christine M. Arguello, Presiding 15-cv-00590-CMA-CBS

---

PLAINTIFF-APPELLANT'S VERIFIED BILL OF COSTS

---

PLAINTIFF-APPELLANT JAYMEE BARRINGTON, submits the following Verified Bill of Costs (with receipts), and requests that the Clerk of the Court of Appeals prepare and certify it in favor of Plaintiff-Appellant Jaymee Barrington and against Defendant-Appellee United Airlines, Inc. pursuant to the Federal Rules of Appellate Procedure [including F.R.A.P. 39(a)(3)].

1. Fee of the Clerk (filing fee) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 500

2. Fees for transcript of District Court trial necessarily. . . . . . . . . . $3,730
   obtained for use in this appeal.

3. Fees for disbursements for printing in-house, . . . . . . . . . . . . . . . $1,011
   at 20-cents per page.

   Appendix, 1,461 pages times three =  4,383 pages

   Opening Brief, 51 pages times eight =    408 pages

   Reply Brief, 33 pages times eight =    264 pages

   Total Pages = 5,055

4. Fees for binding of appendix and briefs . . . . . . . . . . . . . . . . . $234.52

**TOTAL COSTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$5,475.52**

# DECLARATION

I, John R. Olsen, being of age and under oath, declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred with regard to the appeal of this case and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:  ECF filing upon Cathy Greer, Attorney for defendant-appellee.

                                                      s/John R. Olsen -- Original Signed
                                                        and Signature on File
                                                      John R. Olsen
                                                      Attorney at Law

SUBSCRIBED AND SWORN to before me this 17th day of October 2017  by a person known to me as John R. Olsen.

    MY COMMISSION expires 02/04/2021.

                                                    s/Bruce T. Brown, Original Signed
                                                    and Signature on File
                                                    Bruce T. Brown
                                                    Notary Public, State of Colorado
                                                    1143 Village Circle
                                                    Erie, Colorado 80516

SEAL [Original Seal Affixed and on File]

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 17, 2017, a true and correct copy of the foregoing Verified Bill of Costs together with attachments was electronically served upon defendant's attorney, Cathy Greer, by ECF at her regular email address.

<u>s/ John R. Olsen -- Original Signed and Signature on File</u>

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE DENVER, COLORADO

INVOICE NO: 00001329

MAKE CHECKS PAYABLE TO:

John R. Olsen
Olsen & Brown, LLC
8362 Greenwood Dr.
Niwot, CO 80503

Phone:

Darlene M. Martinez, CRR, RMR
United States Court Reporter
901 19th Street, #A256
Denver, CO 80294

Phone: (303) 335-2312

yonenem@exede.net

| [X] CRIMINAL | [ ] CIVIL | DATE ORDERED: 08-11-2016 | DATE DELIVERED: 10-12-2016 |

**Case Style:** 15CV590, Barrington v United
6/20/16 - 6/24/16 jury trial, excluding voir dire.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 1022 | 3.65 | 3,730.30 | | | | | | | 3,730.30 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | | MISC. CHARGES: | |
|---|---|---|---|---|
| | | | TOTAL: | 3,730.30 |
| | | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | | TAX (If Applicable): | |
| **Deposit Date: 10-12-2016** | | | LESS AMOUNT OF DEPOSIT: | 3,780.80 |
| | | | TOTAL REFUND: | |
| | | | TOTAL DUE: | $-50.50 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                                DATE

*(All previous editions of this form are cancelled and should be destroyed)*



FedEx Office is your destination
for printing and shipping.

2795 PEARL ST
Boulder, CO 80302
Tel: (303) 449-7100

1/10/2017                3:34:46 PM MST
Team Member: Amanda B.
Customer: Jack Olsen

SALE

| Binding | Qty 24 | 95.76 |
|---|---|---|
| Comb No Cover | 24 @ | 3.9900 T |
| 000456 Reg. Price | 3.99 | |
| Price per piece | 3.99 | |
| Regular Total | 95.76 | |
| Discounts | 0.00 | |
| Sub-Total | | 95.76 |
| Tax | | 8.47 |
| Deposit | | 0.00 |
| **Total** | | **104.23** |
| Cash | | 120.00 |
| Total Tender | | 120.00 |
| Change Due | | (15.77) |
| Total Discounts | 0.00 | |



FedEx Office is your destination
for printing and shipping.

2795 PEARL ST
Boulder, CO 80302
Tel: (303) 449-7100

3/9/2017                4:10:30 PM MST
Team Member: Tammi A.
Customer: jack Olsen

SALE

| Binds | Qty 9 | 35.91 |
|---|---|---|
| Comb No Cover | 9 @ | 3.9900 T |
| 000456 Reg. Price | 3.99 | |
| Price per piece | 3.99 | |
| Regular Total | 35.91 | |
| Discounts | 0.00 | |

| | |
|---|---|
| Sub-Total | 35.91 |
| Tax | 3.18 |
| Deposit | 39.09 |
| **Total** | **39.09** |
| Total Tender | 0.00 |
| Change Due | 0.00 |
| Total Discounts | 0.00 |

# FedEx Office.

FedEx Office is your destination
for printing and shipping.

2795 PEARL ST
Boulder, CO 80302
Tel: (303) 449-7100

1/23/2017                10:45:10 AM MST
Team Member: Louis D.
Customer: jack Olsen

SALE

| | | |
|---|---|---|
| 21 Binds | Qty 21 | 83.79 |
| Comb No Cover | 21 @ | 3.9900 T |
| 000456 Reg. Price | 3.99 | |
| Price per piece | 3.99 | |
| Regular Total | 83.79 | |
| Discounts | 0.00 | |

| | |
|---|---|
| Sub-Total | 83.79 |
| Tax | 7.41 |
| Deposit | 0.00 |
| **Total** | **91.20** |
| MasterCard (S) | 91.20 |
| Account: 7651 | |
| Auth: 05840B (A) | |
| Total Tender | 91.20 |
| Change Due | 0.00 |
| **Total Discounts** | **0.00** |

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

CASE NO. 16-1292

JAYMEE BARRINGTON,

      Plaintiff-Appellant,

v.

UNITED AIRLINES, INC.,

      Defendant-Appellee.

Appeal from the United States District Court
for the District of Colorado
The Honorable Christine M. Arguello, Presiding 15-cv-00590-CMA-CBS

CERTIFICATE OF COMPLIANCE RE: PRIVACY,
ELECTRONIC EXACT COPIES, AND VIRUS SCANNING

      The undersigned attorney certifies that pursuant to electronic filing requirements, no privacy redactions were necessary, and every document submitted in digital form or scanned PDF format is an exact copy of the written document filed with the Clerk of the Court; and, further, that digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, namely updated McAfee VirusScan, and according to the program are free of viruses.

                                        RESPECTFULLY SUBMITTED,
                                        s/ John R. Olsen
                                        John R. Olsen
                                        357 S. McCaslin Blvd.
                                        Louisville, Colorado 80027

October 17, 2017                          (303) 828-5220

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

CASE NO. 16-1292

JAYMEE BARRINGTON,

        Plaintiff-Appellant,

v.

UNITED AIRLINES, INC.,

        Defendant-Appellee.

Appeal from the United States District Court
for the District of Colorado
The Honorable Christine M. Arguello, Presiding 15-cv-00590-CMA-CBS

CERTIFICATE OF COMPLIANCE PURSUANT
TO FED. R. APP. P. 32(a)(7)(C)

    The undersigned attorney certifies that pursuant to Fed. R. App. P. 32(a)(7)(C) it is true and accurate that the foregoing Bill of Costs, including all headings, contains 599 words in 14-point type. The words were counted by computer using Microsoft Word.

RESPECTFULLY SUBMITTED,
s/ John R. Olsen
John R. Olsen
357 S. McCaslin Blvd.
Louisville, Colorado 80027
(303) 828-5220

October 17, 2017